# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:12-bk-19276-MGW |
| Matthew J. Fitzpatrick, and<br>Kristen M. Fitzpatrick, | Chapter 7 |
|     Debtors.<br>_____/ | |
| Matthew J. Fitzpatrick, | Adv. Pro. 8:13-ap-00587-MGW |
|     Plaintiff, | |
| v. | |
| Bass & Associates, P.A., | |
|     Defendant.<br>_____/ | |

## ORDER GRANTING MOTION TO DISMISS COMPLAINT

THIS PROCEEDING came on for hearing on August 20, 2013 at 9:30 a.m. on Defendant Bass & Associates, P.A.'s Motion to Dismiss Complaint (Doc. No. 6) (the "Motion") and the Court, having reviewed Plaintiff's Complaint for Unlawful Debt Collection Practices (the "Complaint") (Doc. 1), and being otherwise duly advised in the premises, and for the reasons stated on the record in open court, finds that the Motion is well taken and should be granted. Accordingly, it is

    **ORDERED**:

    1.    The Motion is **GRANTED**.

    2.    Plaintiff shall have fourteen (14) days to file an amended complaint.

MIADOCS 8009696 2

3. In the event that Plaintiff files an amended complaint, Defendant Bass & Associates, P.A. shall have fourteen (14) days from the filing of the amended complaint to file its response.

4. In the event that Plaintiff files an amended complaint, this Court shall conduct a further pre-trial conference on October 8, 2013 at 9:30 a.m. in Courtroom ~~9A~~ 8A, Sam Gibbons U.S. Courthouse, 801 N. Florida Ave., Tampa, FL 33602.

**DONE** and **ORDERED** in chambers at Tampa, Florida on September 03, 2013.

_____
Michael G. Williamson
United States Bankruptcy Judge

[Attorney Ryan C. Reinert is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.]