**[8osc]** [ORDER STRIKING COMPLAINT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:12–bk–19276–MGW
Chapter 7

Matthew J Fitzpatrick
Kristen M Fitzpatrick

      Debtor(s)      /

Matthew J Fitzpatrick

      Plaintiff(s)

Adv. Pro. No. 8:13–ap–00587–MGW

vs.

Bass & Associates, P.A.

      Defendant(s)      /

ORDER STRIKING MOTION TO DISMISS

    THIS ADVERSARY PROCEEDING came on for consideration, without a hearing, for the purpose of considering the entry of an Order with regard to the Motion to Dismiss Adversary Proceeding with Prejudice filed by Defendant . The Court has considered the record and finds that the adversary proceeding is dismissed and therefore, this Court has no jurisdiction to consider the matter filed unless the adversary proceeding is reinstated upon properly filed motion. Accordingly, it is

    **ORDERED**, that the Motion to Dismiss Adversary Proceeding with Prejudice filed by Defendant is stricken.

        BY THE COURT

Dated: September 30, 2013

_____
Michael G. Williamson
United States Bankruptcy Judge